**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. V1)** — **MDL DOCKET NO. 875**

**This Document Relates To:**
**DAVID COSEY, ET AL. vs.**
**E.D. BULLARD CO., ET AL.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

FILED
APR -1 2008
MICHAEL E. KUNZ, Clerk
By__________Dep. Clerk

| | | |
|---|---|---|
| **DAVID COSEY, et al.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:99cv164-GR** |
| **E.D. BULLARD, CO., et al.** | ) | |
| **Defendants.** | ) | |

**AGREED ORDER SUBSTITUTING COUNSEL**

This matter coming on to be heard on the joint *ore tenus* motion of Jack R. Dodson III and Stefan Bourn to allow Stefan Bourn and all attorneys with Forman Perry Watkins Krutz & Tardy, LLP to withdraw as counsel for Defendant Laurel Machine & Foundry and to substitute Jack R. Dodson, III, and the Court being fully advised in the premises find that the motion is well-taken and should be granted. It is therefore,

ORDERED AND ADJUDGED that Stefan Bourn and all attorneys with the law firm of Forman Perry Watkins Krutz & Tardy, LLP are hereby withdrawn as counsel for Laurel Machine

& Foundry and Jack R. Dodson and the law firm of Bradley Arant Rose & White LLP is hereby substituted as counsel for Laurel Machine & Foundry.

SO ORDERED AND ADJUDGED this the 13th day of ~~February~~ March, 2008.

DISTRICT COURT JUDGE
James T. Giles J.

AGREED:

Stefan Bourn (MBN 9794)
Forman Perry Watkins Krutz & Tardy, LLP

Jack R. Dodson III (MBN 10397)
Bradley Arant Rose & White LLP