IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD D. WOLF | : | CIVIL ACTION |
| v. | : | No.: ~~08-1099~~ |
| C.R. BARD, INC., et al. | : | 08-969 |

**ORDER**

AND NOW, this 10th day of April, 2008, it is hereby ORDERED a Rule 16 Conference be held in the above-captioned matter on May 2, 2008 at 10:00 a.m. in Courtroom 5D. Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f) and to submit to the Court a joint case management order at least 24 hours prior to the Rule 16 Conference.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

[1] See Judge Sánchez's procedures: www.paed.uscourts.gov/documents/procedures/sanpol.pdf.